```
 1  MEREDITH N. LANDY  (S.B. #136489)
    LORI E. ROMLEY  (S.B. #148447)
 2  JOSHUA D. BAKER  (S.B. #214389)
    SARA M. FOLCHI (S.B. #228540)
 3  O'MELVENY & MYERS LLP
    2765 Sand Hill Road
 4  Menlo Park, CA  94025-7019
    Telephone:     (650) 473-2600
 5  Facsimile:     (650) 473-2601

 6  Attorneys for Defendants
    ESS TECHNOLOGY, INC., ROBERT L. BLAIR,
 7  PATRICK ANG, FREDERICK S. L. CHAN,
    and JAMES B. BOYD
 8
```

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

*E-FILED - 6/7/05*

| In re ESS TECHNOLOGY, INC. SECURITIES LITIGATION | Master File No. C-02-4497-RMW |
|---|---|
| | **CLASS ACTION** |
| This Document Relates To:  ALL ACTIONS. | **STIPULATION RE: BRIEFING SCHEDULE AND HEARING DATE ON MOTION FOR CLASS CERTIFICATION; AND ORDER THEREON** |

**RECITALS**

1. **Whereas**, Plaintiffs filed a motion for class certification ("Motion") and scheduled a hearing thereon in this Court for July 22, 2005;

2. **Whereas**, pursuant to the parties' March 22, 2005 stipulation and the Court's April 4, 2005 Order, Defendants' Opposition to the Motion was due May 20, 2005 and Plaintiff's Reply was due July 5, 2005;

3. **Whereas**, Defendants were delayed in serving class certification discovery requests on Plaintiffs until May 13, 2005 due to the death of the parents of Defendants' lead counsel;

4. **Whereas**, the Court notified the parties that the hearing on the Motion would be reset for July 29, 2005;

5. **Whereas**, Plaintiffs and Defendants contacted the Court on May 16, 2005 to advise the Court that they intended to file a stipulation and seek an Order rescheduling the hearing;

6. **Whereas**, Defendants are conducting discovery to assist them in opposing the Motion;

7. **Whereas**, Plaintiffs and Defendants have met and conferred regarding an appropriate briefing schedule for the Motion;

## STIPULATION OF THE PARTIES

**THEREFOR**, Plaintiffs and Defendants, by and through their respective counsel of record, hereby stipulate and agree as follows:

1. The hearing on the motion for class certification will be October 28, 2005.
2. Defendants shall file their opposition papers on or before September 1, 2005.
3. Plaintiffs shall file any reply papers on or before October 14, 2005.

DATED: June 1, 2005         LERACH COUGHLIN STOIA GELLER
                            RUDMAN & ROBBINS LLP


                            By:   /s/   Luke O. Brooks
                                  Luke O. Brooks
                            Attorneys for Plaintiffs


DATED: June 1, 2005         O'Melveny & Myers LLP


                            By:   /s/  Joshua D. Baker
                                  Joshua D. Baker

                            Attorneys for ESS Technology, Inc.,
                            Robert L. Blair, Patrick Ang, Frederick S. L.
                            Chan, and James B. Boyd

1 **ORDER**

2   The Court, having considered the recitals and stipulation of the parties, and good
3 cause appearing therefor, **IT IS HEREBY ORDERED** as follows:
4   1. The hearing on Plaintiffs' motion for class certification will be October 28, 2005.
5   2. Defendants shall file their opposition papers on or before September 1, 2005.
6   3. Plaintiffs shall file any reply papers on or before October 14, 2005.

8 DATED: __June 7__, 2005

9                                       /s/ Ronald M. Whyte
                                         United States District Court Judge