MEREDITH N. LANDY  (S.B. #136489)
LORI E. ROMLEY  (S.B. #148447)
JOSHUA D. BAKER  (S.B. #214389)
SARA M. FOLCHI (S.B. #228540)
O'MELVENY & MYERS LLP
2765 Sand Hill Road
Menlo Park, CA  94025-7019
Telephone:      (650) 473-2600
Facsimile:      (650) 473-2601
MLandy@omm.com
LRomley@omm.com
JBaker@omm.com
SFolchi@omm.com

Attorneys for Defendants
ESS TECHNOLOGY, INC., ROBERT L. BLAIR,
PATRICK ANG, FREDERICK S. L. CHAN,
and JAMES B. BOYD

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION          *E-FILED - 10/6/05*

| | |
|---|---|
| In re ESS TECHNOLOGY, INC. SECURITIES LITIGATION | Master File No. C-02-4497-RMW **CLASS ACTION** |
| This Document Relates To:<br><br>ALL ACTIONS. | **STIPULATION RE: BRIEFING SCHEDULE AND HEARING DATE ON MOTION FOR CLASS CERTIFICATION; AND ORDER THEREON** |

1

**RECITALS**

2   1. **Whereas**, Plaintiffs filed a motion for class certification ("Motion") and scheduled a

3   hearing thereon in this Court for July 22, 2005;

4   2. **Whereas**, pursuant to the parties' June 1, 2005 stipulation, Defendants' Opposition to

5   the Motion was due September 1, 2005 and Plaintiff's Reply was due October 14, 2005;

6   3. **Whereas**, Defendants were delayed in serving class certification discovery requests on

7   Plaintiffs until May 13, 2005 due to the death of the parents of Defendants' lead counsel;

8   4. **Whereas**, Plaintiffs served written objections and responses to Defendants' class

9   certification discovery requests on June 22, 2005;

10   5. **Whereas**, Plaintiffs served class certification discovery on Defendants on July 5, 2005;

11   6. **Whereas**, Defendants served written objections and responses to Plaintiffs' class

12   certification discovery requests on August 17, 2005;

13   7. **Whereas**, Plaintiffs and Defendants are continuing meet and confer efforts regarding

14   Defendants' and Plaintiffs' discovery requests and responses;

15   8. **Whereas**, Plaintiffs and Defendants are continuing to produce documents responsive

16   to class certification discovery;

17   9. **Whereas**, because such document production is still ongoing, Defendants have not

18   taken and cannot yet take the deposition of the proposed class representative, lead plaintiff Steve

19   Bardack;

20   10. **Whereas**, Plaintiffs and Defendants have met and conferred regarding an appropriate

21   briefing schedule for the Motion;

22   **STIPULATION OF THE PARTIES**

23   **THEREFOR**, Plaintiffs and Defendants, by and through their respective counsel of

24   record, hereby stipulate and agree as follows:

25   1. The hearing on the motion for class certification will be January 13, 2006.

26   2. Defendants shall file their opposition papers on or before December 2, 2005.

27   //

28   //

1          3.  Plaintiffs shall file any reply papers on or before December 30, 2005.

2

3     DATED:  August 30, 2005                    LERACH COUGHLIN STOIA GELLER
                                                 RUDMAN & ROBBINS LLP
4

5                                                By:  ___/s/ John K. Grant_____
                                                      John K. Grant
6                                                Attorneys for Plaintiffs

7

8     DATED:  August 30, 2005                    O'MELVENY & MYERS LLP

9

10                                               By:  ___/s/ Joshua D. Baker_____
                                                      Joshua D. Baker
11                                               Attorneys for Defendants
                                                 ESS Technology, Inc., Robert L. Blair, Patrick Ang,
12                                               Frederick S. L. Chan, and James B. Boyd

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION RE: BRIEFING SCHEDULE AND
HEARING DATE ON MOT. FOR CLASS CERT.
MASTER FILE NO. C-02-4497-RMW

1

**ORDER**

2      The Court, having considered the recitals and stipulation of the parties, and good cause

3   appearing therefor, **IT IS HEREBY ORDERED** as follows:

4      1.  The hearing on Plaintiffs' motion for class certification will be January 13, 2006.

5      2.  Defendants shall file their opposition papers on or before December 2, 2005.

6      3.  Plaintiffs shall file any reply papers on or before December 30, 2005.

7

8   DATED:  __10/6____, 2005

9                                                    /S/ RONALD M. WHYTE

10                                          _____
                                              United States District Court Judge

11

12      I, Joshua D. Baker, am the ECF User whose ID and password are being used to file this

13   stipulation re-setting the hearing on class certification and extending the briefing schedule for the

14   same.  In compliance with General Order 45, X.B., I hereby attest that John K. Grant has

15   concurred in this filing.

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION RE: BRIEFING SCHEDULE AND
HEARING DATE ON MOT. FOR CLASS CERT.
MASTER FILE NO. C-02-4497-RMW

3