LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
PATRICK J. COUGHLIN (111070)
JOHN K. GRANT (169813)
LUKE O. BROOKS (212802)
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)
PatC@lerachlaw.com
JohnKG@lerachlaw.com
LukeB@lerachlaw.com
        – and –
WILLIAM S. LERACH (68581)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
BillL@lerachlaw.com

Lead Counsel for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION         *E-FILED - 4/7/06*

| | |
|---|---|
| In re ESS TECHNOLOGY, INC. SECURITIES LITIGATION | Master File No. C-02-4497-RMW |
| | CLASS ACTION |
| This Document Relates To: | STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE ON MOTION TO AMEND AND VACATING DISCOVERY CUT-OFF DUE TO PENDING MOTION TO AMEND |
| ALL ACTIONS. | |

Plaintiff Steve Bardack and defendants ESS Technology, Inc., Robert L. Blair, Patrick Ang, Frederick S.L. Chan, and James B. Boyd, by and through their respective counsel of record, hereby stipulate, and request that the Court enter an order thereon, as follows:

WHEREAS, plaintiff has filed a motion for leave to file an amended complaint and defendants have notified plaintiff that they will oppose the motion and the parties have agreed on a briefing schedule for the motion;

WHEREAS, defendants have notified plaintiff that in the event that his motion for leave to amend is granted, they intend to file a motion to dismiss;

WHEREAS, defendants contend that the automatic discovery stay provided by the Private Securities Litigation Reform Act of 1995 has been triggered and that all discovery is stayed;

WHEREAS, plaintiff does not agree that the automatic stay has been triggered and reserves his right to move to continue discovery or to lift the stay, if any, but does agree to provide no less than 60 days notice; and

WHEREAS, the scheduling order in this case presently sets a May 15, 2006 discovery cut-off.

THEREFORE, SUBJECT TO APPROVAL OF THE COURT, IT IS HEREBY STIPULATED THAT:

1. Defendants will file their opposition to the motion for leave to amend on or before April 18, 2006; plaintiff will file any reply to his motion for leave to amend on or before May 5, 2006 and the hearing on the motion to amend will be noticed for May 19, 2006;

2. Pursuant to his agreement, unless the parties agree otherwise, plaintiff will not notice a motion to continue discovery or to lift the stay on less than 60 days notice;

3. The May 15, 2006 discovery cut-off and other dates set in the scheduling order are vacated; and

4. The parties will submit a revised scheduling order after the Court rules on plaintiff's motion to amend.

| | | |
|---|---|---|
| 1 | DATED: March 29, 2006 | LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP |
| 2 | | PATRICK J. COUGHLIN |
| | | JOHN K. GRANT |
| 3 | | LUKE O. BROOKS |

                                                                       /s/ JOHN K. GRANT
                                                                          JOHN K. GRANT

100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
WILLIAM S. LERACH
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

Lead Counsel for Plaintiffs

SCOTT & SCOTT, LLC
DAVID R. SCOTT
108 Norwich Avenue
Colchester, CT 06415
Telephone: 860/537-3818
860/537-4432 (fax)

GLANCY & BINKOW LLP
LIONEL Z. GLANCY
KEVIN RUF
1801 Avenue of the Stars, Suite 311
Los Angeles, CA 90067
Telephone: 310/201-9150
310/201-9160 (fax)

Counsel for Plaintiffs

DATED: March 29, 2006                        O'MELVENY & MYERS LLP
                                                                     MEREDITH N. LANDY

                                                                            /s/ MEREDITH N. LANDY
                                                                               MEREDITH N. LANDY

|   |   |
|---|---|
| 1 | |
| 2 | 2765 Sand Hill Road<br>Menlo Park, CA 94025 |
| 3 | Telephone: 650/473-2600<br>650/473-2601 (fax) |
| 4 | Attorneys for Defendants |

I, John K. Grant, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Regarding Briefing Schedule on Motion to Amend and Vacating Discovery Cut-Off Due to Pending Motion to Amend. In compliance with General Order 45, X.B., I hereby attest that Meredith N. Landy of O'Melveny & Meyers LLP has concurred in this filing.

/s/ JOHN K. GRANT
JOHN K. GRANT

\*      \*      \*

**O R D E R**

PURSUANT TO STIPULATION IT IS SO ORDERED.

1. Defendants will file their opposition to the motion for leave to amend on or before April 18, 2006; plaintiff will file any reply to his motion for leave to amend on or before May 5, 2006 and the hearing on the motion to amend will be noticed for May 19, 2006;

2. Pursuant to his agreement, unless the parties agree otherwise, plaintiff will not notice a motion to continue discovery or to lift the stay on less than 60 days notice;

3. The May 15, 2006 discovery cut-off and other dates set in the scheduling order are vacated; and

4. The parties will submit a revised scheduling order after the Court rules on plaintiff's motion to amend.

DATED: __4/7/06_____        /S/ RONALD M. WHYTE
                                                         THE HONORABLE RONALD M. WHYTE
                                                         UNITED STATES DISTRICT COURT JUDGE

T:\CasesSF\ESS Tech\S_O00029423.doc

STIP & ORDER RE BRIEFING SCHEDULE ON MTN TO AMEND &
VACATING DISCOVERY CUT-OFF DUE TO PENDING MTN - C-02-4497-RMW          - 3 -

| | |
|---|---|
| 1 | CERTIFICATE OF SERVICE |

I hereby certify that on March 29, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

     /s/ JOHN K. GRANT
     JOHN K. GRANT

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)
E-mail:JohnG@lerachlaw.com

# Mailing Information for a Case 5:02-cv-04497-RMW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Joshua D. Baker**
  jbaker@omm.com lnewell@omm.com

- **Eric J. Belfi**
  ebelfi@murrayfrank.com

- **Luke O Brooks**
  lukeb@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Patrick J. Coughlin**
  patc@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Sara May Folchi**
  sfolchi@omm.com lnewell@omm.com

- **Lionel Z. Glancy**
  info@glancylaw.com

- **Michael M. Goldberg**
  info@glancylaw.com

- **John K. Grant**
  johnkg@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Robert A. Jigarjian**
  CAND.USCOURTS@CLASSCOUNSEL.COM

- **Reed R. Kathrein**
  reedk@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Meredith N. Landy**
  mlandy@omm.com
  dfurbush@omm.com;dbrown@omm.com;lhabbeshaw@omm.com;dedmondson@omm.com;jbake

- **William S. Lerach**
  e_file_sd@lerachlaw.com e_file_sf@lerachlaw.com

- **Jerry E. Nastari**
  jen@coreylaw.com

- **Jeffrey S. Nobel**
  firm@snlaw.net

- **Ira M. Press**
  ipress@kmslaw.com lmorris@kmslaw.com

- **Darren J. Robbins**
  e_file_sd@lerachlaw.com e_file_sf@lerachlaw.com

- **Lori E. Romley**
  lromley@omm.com dbrown@omm.com

- **Kevin Ruf**
  info@glancylaw.com

- **Andrew M. Schatz**
  firm@snlaw.net

- **David R. Scott**
  drscott@scott-scott.com

- **Evan Jason Smith**
  esmith@brodsky-smith.com

- **Dario de Ghetaldi**
  deg@coreylaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Jeffrey S. Abraham
Abraham Fruchter & Twersky LLP
One Penn Plaza, Suite 2805
New York, NY 10119

Howard K. Coates
Cauley Geller Bowman & Coates LLP
One Boca Place, Suite 421A
2255 Glades Road
Boca Raton, FL 33431

George R. Corey
Corey Luzaich Pliska De Ghetaldi Nastari
700 El Camino Real
P.O. Box 669
Millbrae, CA 94030-0669

Kenneth A. Elan
Law Offices of Kenneth A. Elan
217 Broadway
Suite 404
New York, NY 10007

Brian M. Felgoise
```

Law Offices of Brian M. Felgoise
230 South Broad Street
Suite 404
Philadelphia, PA 19102

**Joshua M. Lifshitz**
Bull & Lifshitz, LLP
246 West 38th Street
New York, NY 10018

**Thomas D. Mauriello**
Law Offices of Thomas D. Mauriello
100 Pine Street
Suite 3200
San Francisco, CA 94111

**Laurence D. Paskowitz**
Abraham & Paskowitz
60 East 42nd Street
New York, NY 10165

**Jack Reise**
Cauley Geller Bowman & Coates LLP
One Boca Place, Suite 421A
2255 Glades Road
Boca Raton, FL 33431

**Amanda L. Riddle**
Corey Luzaich Pliska De Ghetaldi Nastari
700 El Camino Real
P.O. Box 669
Millbrae, CA 94030-0669

**Daniel S. Sommers**
Cohen Milstein Hausfeld & Toll P.L.L.C.
1100 New York Avenue N.W.
West Tower, Suite 500
Washington, DC 20005

**Steven J. Toll**
Cohen Milstein Hausfeld & Toll, P.L.L.C.
1100 New York Avenue, N. W.
West Tower, Suite 500
Washington, DC 20005-3964