1  MEREDITH N. LANDY  (S.B. #136489)
   DALE M. EDMONDSON (S.B. #189793)
2  JOSHUA D. BAKER  (S.B. #214389)
   O'MELVENY & MYERS LLP
3  2765 Sand Hill Road
   Menlo Park, CA  94025-7019
4  Telephone:    (650) 473-2600
   Facsimile:    (650) 473-2601
5  E-mail:       MLandy@omm.com
                 DEdmondson@omm.com
6                JBaker@omm.com

7  Attorneys for Defendants
   ESS TECHNOLOGY, INC., ROBERT L. BLAIR,
8  PATRICK ANG, FREDERICK S. L. CHAN,
   and JAMES B. BOYD

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

*E-FILED - 8/2/06*

| In re ESS TECHNOLOGY, INC. SECURITIES LITIGATION | Master File No. C-02-4497-RMW |
|---|---|
| | **CLASS ACTION** |
| This Document Relates To: ALL ACTIONS. | **STIPULATION TO RESET DISCOVERY CUTOFF, DEADLINES AND HEARINGS AND ORDER** |

**RECITALS**

1. **WHEREAS,** the parties agreed to vacate the discovery cutoff and other deadlines pending resolution of plaintiff's motion to amend, and to submit a revised scheduling order under which the case may proceed upon determination of that motion, on March 29, 2006;

2. **WHEREAS,** the Court signed the parties' stipulation on April 7, 2006;

3. **WHEREAS,** the Court denied plaintiff' motion to amend on May 30, 2006;

4. **WHEREAS**, Plaintiffs and Defendants have met and conferred regarding an appropriate briefing schedule;

**STIPULATION OF THE PARTIES**

**THEREFOR**, The parties hereto, plaintiff Steve Bardack and defendants ESS Technology, Inc., Robert L. Blair, Patrick Ang, Frederick S.L. Chan, and James B. Boyd, by and through their respective counsel of record, hereby stipulate, agree, and request that the Court enter an order thereon, as follows:

1. Fact discovery should be completed by December 22, 2006;
2. Discovery motions should be filed by January 26, 2007;
3. Expert disclosures should be made by February 23, 2007;
4. Supplemental expert disclosures should be made by March 12, 2007;
5. Expert discovery should be completed by March 23, 2007;
6. Dispositive motions should be heard by July 27, 2007;
7. Pretrial statements should be submitted by September 21, 2007;
8. Pretrial conference should be held on September 27, 2007 at 2:00 p.m.; and
9. Jury trial should be set for October 15, 2007 at 1:30 p.m.

DATED: July 19, 2006                    LERACH COUGHLIN STOIA GELLER
                                        RUDMAN & ROBBINS LLP

                                        By:  /s/ John K. Grant
                                             John K. Grant
                                        Attorneys for Plaintiffs

| | | |
|---|---|---|
| 1 | DATED: July 19, 2006 | O'MELVENY & MYERS LLP |

By: /s/ Dale M. Edmondson
Dale M. Edmonson
Attorneys for Defendants
ESS Technology, Inc., Robert L. Blair, Patrick Ang, Frederick S. L. Chan, and James B. Boyd

1 **ORDER**

2 The Court, having considered the recitals and stipulation of the parties, and good cause
3 appearing therefor, **IT IS HEREBY ORDERED** as follows:

6 DATED:  8/2      , 2006

7 /S/ RONALD M. WHYTE
United States District Court Judge

10 I, Dale M. Edmondson, am the ECF User whose ID and password are being used to file
11 this stipulation re-setting the hearing on class certification and extending the briefing schedule for
12 the same.  In compliance with General Order 45, X.B., I hereby attest that John K. Grant has
13 concurred in this filing.

- 3 -

STIPULATION TO RESET DISCOVERY
CUTOFF, DEADLINES AND HEARINGS
MASTER FILE NO. C-02-4497-RMW