LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
PATRICK J. COUGHLIN (111070)
JOHN K. GRANT (169813)
LUKE O. BROOKS (212802)
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)
PatC@lerachlaw.com
JohnKG@lerachlaw.com
LukeB@lerachlaw.com
        – and –
WILLIAM S. LERACH (68581)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
BillL@lerachlaw.com

Lead Counsel for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION          *E-FILED - 11/6/06*

| | |
|---|---|
| In re ESS TECHNOLOGY, INC. SECURITIES LITIGATION | Master File No. C-02-4497-RMW |
| | CLASS ACTION |
| This Document Relates To: | STIPULATION AND ORDER TO RESET DISCOVERY CUT-OFF, DEADLINES AND HEARINGS |
| ALL ACTIONS. | |

1  On August 2, 2006, the Court entered a scheduling order pursuant to stipulation of the parties setting the fact discovery cut-off for December 22, 2006.

The parties have agreed to mediate this action before Antonio C. Piazza on November 12, 2006.

At defendants' request, the parties have agreed to halt discovery on defendants pending the outcome of the mediation.

Due to the mediation and partial discovery stay, the parties agree that the fact discovery cut-off should be extended and request that the Court modify the August 2, 2006 scheduling order as follows:

1. Fact discovery shall be completed by March 16, 2007;
2. Discovery motions shall be filed by April 17, 2007;
3. Expert disclosures shall be made by May 18, 2007;
4. Supplemental expert disclosures shall be made by June 1, 2007;
5. Expert discovery shall be completed by June 15, 2007;
6. Dispositive motions shall be heard by October 19, 2007;
7. Pretrial statements shall be submitted by November 30, 2007;
8. Pretrial conference shall be held on December 6, 2007 at 2:00 p.m.; and
9. Jury trial shall be set for January 22, 2008 at 1:30 p.m.

DATED: October 23, 2006   LERACH COUGHLIN STOIA GELLER
　　　　　　　　　　　　　　RUDMAN & ROBBINS LLP
　　　　　　　　　　　　　PATRICK J. COUGHLIN
　　　　　　　　　　　　　JOHN K. GRANT
　　　　　　　　　　　　　LUKE O. BROOKS


　　　　　　　　　　　　　　　　/s/ Luke O. Brooks
　　　　　　　　　　　　　　　　LUKE O. BROOKS

　　　　　　　　　　　　　100 Pine Street, Suite 2600
　　　　　　　　　　　　　San Francisco, CA  94111
　　　　　　　　　　　　　Telephone:  415/288-4545
　　　　　　　　　　　　　415/288-4534 (fax)

STIPULATION AND ORDER TO RESET DISCOVERY CUTOFF,
DEADLINES AND HEARINGS - C-02-4497-RMW                                                                     - 1 -

|   |   |   |
|---|---|---|
| 1 |   |   |
| 2 |   | LERACH COUGHLIN STOIA GELLER <br>   RUDMAN & ROBBINS LLP <br> WILLIAM S. LERACH |
| 3 |   | 655 West Broadway, Suite 1900 <br> San Diego, CA  92101 |
| 4 |   | Telephone:  619/231-1058 <br> 619/231-7423 (fax) |
| 5 |   |   |
|   |   | Lead Counsel for Plaintiffs |
| 6 |   |   |
|   |   | SCOTT & SCOTT, LLC <br> DAVID R. SCOTT |
| 7 |   | 108 Norwich Avenue |
| 8 |   | Colchester, CT  06415 <br> Telephone:  860/537-3818 |
| 9 |   | 860/537-4432 (fax) |
| 10 |   | GLANCY & BINKOW LLP <br> LIONEL Z. GLANCY |
| 11 |   | KEVIN RUF <br> 1801 Avenue of the Stars, Suite 311 |
| 12 |   | Los Angeles, CA  90067 <br> Telephone:  310/201-9150 |
| 13 |   | 310/201-9160 (fax) |
| 14 |   | Counsel for Plaintiffs |
| 15 |   |   |
| 16 | DATED:  October 23, 2006 | O'MELVENY & MYERS LLP <br> MEREDITH N. LANDY <br> JOSHUA D. BAKER |
| 17 |   |   |
| 18 |   |   |
| 19 |   |     /s/ Joshua D. Baker <br> JOSHUA D. BAKER |
| 20 |   | 2765 Sand Hill Road <br> Menlo Park, CA  94025 |
| 21 |   | Telephone:  650/473-2600 <br> 650/473-2601 (fax) |
| 22 |   |   |
|   |   | Attorneys for Defendants |
| 23 |   |   |
| 24 | I, Luke O. Brooks, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order to Reset Discovery Cutoff Deadlines and Hearings.  In compliance with General Order 45, X.B., I hereby attest that Joshua D. Baker of O'Melveny & Meyers LLP has concurred in this filing. |   |
| 25 |   |   |
| 26 |   |   |
| 27 |   |   |
| 28 |   |   |

STIPULATION AND ORDER TO RESET DISCOVERY CUTOFF,
DEADLINES AND HEARINGS - C-02-4497-RMW                                                              - 2 -

\*   \*   \*

**O R D E R**

IT IS SO ORDERED.

DATED: 11/6/06                                  /s/ Ronald M. Whyte
                                                THE HONORABLE RONALD M. WHYTE
                                                UNITED STATES DISTRICT JUDGE

T:\CasesSF\ESS Tech\STP00035612.doc

STIPULATION AND ORDER TO RESET DISCOVERY CUTOFF,
DEADLINES AND HEARINGS - C-02-4497-RMW                                          - 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on October 23, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

   /s/ Luke O. Brooks
LUKE O. BROOKS

LERACH COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)
E-mail: LBrooks@lerachlaw.com

# Mailing Information for a Case 5:02-cv-04497-RMW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Joshua D. Baker**
  jbaker@omm.com lnewell@omm.com

- **Eric J. Belfi**
  ebelfi@labaton.com ElectronicCaseFiling@labaton.com

- **Luke O Brooks**
  lukeb@lerachlaw.com e_file_sf@lerachlaw.com

- **Patrick J. Coughlin**
  patc@lerachlaw.com e_file_sf@lerachlaw.com

- **Dario DeGhetaldi**
  deg@coreylaw.com

- **Dale M. Edmondson**
  dedmondson@omm.com
  dbrown@omm.com;lhabbeshaw@omm.com;rbrown@omm.com;sfolchi@omm.com;jbaker@omm

- **Sara May Folchi**
  sfolchi@omm.com lnewell@omm.com

- **Lionel Z. Glancy**
  info@glancylaw.com

- **Michael M. Goldberg**
  info@glancylaw.com

- **John K. Grant**
  johnkg@lerachlaw.com
  e_file_sf@lerachlaw.com;e_file_sd@lerachlaw.com;KiyokoH@lerachlaw.com

- **Robert A. Jigarjian**
  CAND.USCOURTS@CLASSCOUNSEL.COM

- **Reed R. Kathrein**
  reedk@lerachlaw.com e_file_sf@lerachlaw.com;e_file_sd@lerachlaw.com

- **Meredith N. Landy**
  mlandy@omm.com
  dfurbush@omm.com;dbrown@omm.com;lhabbeshaw@omm.com;dedmondson@omm.com;jbake

- **William S. Lerach**
  e_file_sd@lerachlaw.com

- **Thomas D. Mauriello**
  tomm@maurlaw.com

- **Jerry E. Nastari**
  jen@coreylaw.com

- **Jeffrey S. Nobel**
  firm@snlaw.net

- **Ira M. Press**
  ipress@kmslaw.com lmorris@kmslaw.com

- **Darren J. Robbins**

- **Lori E. Romley**
  lromley@omm.com dbrown@omm.com

- **Kevin Ruf**
  info@glancylaw.com

- **Andrew M. Schatz**
  firm@snlaw.net

- **David R. Scott**
  drscott@scott-scott.com

- **Evan Jason Smith**
  esmith@brodsky-smith.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Jeffrey S. Abraham
Abraham Fruchter & Twersky LLP
One Penn Plaza, Suite 2805
New York, NY 10119

Howard K. Coates
Cauley Geller Bowman & Coates LLP
One Boca Place, Suite 421A
2255 Glades Road
Boca Raton, FL 33431

George R. Corey
Corey Luzaich Pliska De Ghetaldi Nastari
700 El Camino Real
P.O. Box 669
Millbrae, CA 94030-0669

Kenneth A. Elan
Law Offices of Kenneth A. Elan
217 Broadway
Suite 404
New York, NY 10007

Brian M. Felgoise
Law Offices of Brian M. Felgoise
230 South Broad Street
Suite 404
```

Philadelphia, PA 19102

**Joshua M. Lifshitz**
Bull & Lifshitz, LLP
246 West 38th Street
New York, NY 10018

**Laurence D. Paskowitz**
Abraham & Paskowitz
60 East 42nd Street
New York, NY 10165

**Jack Reise**
Cauley Geller Bowman & Coates LLP
One Boca Place, Suite 421A
2255 Glades Road
Boca Raton, FL 33431

**Amanda L. Riddle**
Corey Luzaich Pliska De Ghetaldi Nastari
700 El Camino Real
P.O. Box 669
Millbrae, CA 94030-0669

**Daniel S. Sommers**
Cohen Milstein Hausfeld & Toll P.L.L.C.
1100 New York Avenue N.W.
West Tower, Suite 500
Washington, DC 20005

**Steven J. Toll**
Cohen Milstein Hausfeld & Toll, P.L.L.C.
1100 New York Avenue, N. W.
West Tower, Suite 500
Washington, DC 20005-3964