1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION          *E-FILED - 10/26/07*

| | |
|---|---|
| In re ESS TECHNOLOGY, INC. SECURITIES LITIGATION ) ) ) | Master File No. C-02-4497-RMW<br><br>CLASS ACTION |
| This Document Relates To:<br><br>ALL ACTIONS. ) ) ) ) ) | xxxxxxxxxxxxx ORDER AWARDING ATTORNEYS' FEES AND EXPENSES<br><br>DATE:   July 27, 2007<br>TIME:    9:00 a.m.<br>COURTROOM:  The Honorable<br>                         Ronald M. Whyte |

THIS MATTER having come before the Court on July 27, 2007, on the application of counsel for the Lead Plaintiff for an award of attorneys' fees and expenses incurred in the captioned action; the Court, having considered all papers filed and proceedings conducted herein, having found the settlement of this action to be fair, reasonable, and adequate and otherwise being fully informed in the premises and good cause appearing therefor;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. All of the capitalized terms used herein shall have the same meanings as set forth in the Stipulation of Settlement and Release dated as of November 12, 2006 (the "Stipulation"), and filed with the Court.

2. This Court has jurisdiction over the subject matter of this application and all matters relating thereto, including all Members of the Class who have not timely and validly requested exclusion.

3. The Court hereby awards Lead Counsel attorneys' fees of 15% of the net Settlement Fund, plus payment of litigation expenses in the amount of $366,493.66 together with the interest earned thereon for the same time period and at the same rate as that earned on the Settlement Fund until paid. The Court finds that the amount of fees awarded is appropriate and that the amount of fees awarded is fair and reasonable under the "percentage-of-recovery" method given the substantial risks of non-recovery, the time and effort involved, and the result obtained for the Class. *See Vizcaino v. Microsoft Corp.*, 290 F.3d 1043 (9th Cir. 2002).

4. The fees shall be allocated among plaintiff's counsel by Lead Counsel in a manner which reflects each such counsel's contribution to the institution, prosecution and resolution of the captioned action.

5. The awarded attorneys' fees and expenses and interest earned thereon shall immediately be paid to Lead Counsel subject to the terms, conditions and obligations of the Stipulation, and in particular ¶6.2 thereof, which terms, conditions and obligations are incorporated herein.

1  xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
2  xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx  (rmw)

3      IT IS SO ORDERED.

4  DATED: __10/26/07_____   *Ronald M. Whyte*
                                  _____
5                                 THE HONORABLE RONALD M. WHYTE
                                  UNITED STATES DISTRICT JUDGE

6
7  Submitted by:

8  LERACH COUGHLIN STOIA GELLER
     RUDMAN & ROBBINS LLP
   PATRICK J. COUGHLIN
9  JOHN K. GRANT
   LUKE O. BROOKS
10 100 Pine Street, Suite 2600
   San Francisco, CA 94111
11 Telephone: 415/288-4545
   415/288-4534 (fax)
12
   LERACH COUGHLIN STOIA GELLER
13   RUDMAN & ROBBINS LLP
   WILLIAM S. LERACH
14 JOY ANN BULL

15

16         s/ Joy Ann Bull
   _____
   JOY ANN BULL
17

18 655 West Broadway, Suite 1900
   San Diego, CA 92101
19 Telephone: 619/231-1058
   619/231-7423 (fax)

20 Lead Counsel for Plaintiffs

21 SCOTT & SCOTT, LLC
   DAVID R. SCOTT
22 108 Norwich Avenue
   Colchester, CT 06415
23 Telephone: 860/537-3818
   860/537-4432 (fax)
24
25
26
27
28

xxxxxxxxxxxxxx ORDER AWARDING ATTORNEYS' FEES AND EXPENSES - C-02-4497-RMW      - 2 -

GLANCY & BINKOW LLP
LIONEL Z. GLANCY
KEVIN RUF
1801 Avenue of the Stars, Suite 311
Los Angeles, CA  90067
Telephone:  310/201-9150
310/201-9160 (fax)

Counsel for Plaintiffs

S:\Settlement\ESS Tech.set\ORDER FEE 00043517.doc

## CERTIFICATE OF SERVICE

I hereby certify that on July 20, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I further certify that I caused this document to be forwarded to the following designated Internet site at: http://securities.lerachlaw.com/.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 20, 2007.

    s/ Joy Ann Bull
    JOY ANN BULL

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail: Joyb@lerachlaw.com

# Mailing Information for a Case 5:02-cv-04497-RMW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Joshua D. Baker**
  jbaker@omm.com,lnewell@omm.com

- **Eric J. Belfi**
  ebelfi@labaton.com,ElectronicCaseFiling@labaton.com

- **Luke O Brooks**
  lukeb@lerachlaw.com,e_file_sf@lerachlaw.com

- **Joy Ann Bull**
  JOYB@lerachlaw.com

- **Patrick J. Coughlin**
  patc@lerachlaw.com,e_file_sf@lerachlaw.com

- **Dario DeGhetaldi**
  deg@coreylaw.com

- **Dale M. Edmondson**
  dedmondson@omm.com,tsheehan@omm.com,sfolchi@omm.com,lhabbeshaw@omm.com,dbrow

- **Sara May Folchi**
  sfolchi@omm.com,lnewell@omm.com

- **Lionel Z. Glancy**
  info@glancylaw.com

- **Michael M. Goldberg**
  info@glancylaw.com

- **John K. Grant**
  johnkg@lerachlaw.com,cwood@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.cc

- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com

- **Meredith N. Landy**
  mlandy@omm.com,dedmondson@omm.com,lnewell@omm.com,jbaker@omm.com,jcoakley@or

- **William S. Lerach**
  e_file_sd@lerachlaw.com

- **Thomas Dominic Mauriello**

    tomm@maurlaw.com

- **Jerry E. Nastari**
  jen@coreylaw.com,deg@coreylaw.com

- **Jeffrey S. Nobel**
  firm@snlaw.net

- **Ira M. Press**
  ipress@kmslaw.com,lmorris@kmslaw.com

- **Lori Elizabeth Romley**
  lromley@omm.com,dbrown@omm.com

- **Kevin Francis Ruf**
  info@glancylaw.com

- **Andrew M. Schatz**
  firm@snlaw.net

- **David R. Scott**
  drscott@scott-scott.com

- **Evan Jason Smith**
  esmith@brodsky-smith.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Jeffrey S. Abraham
Abraham Fruchter & Twersky LLP
One Penn Plaza, Suite 2805
New York, NY 10119

Howard K. Coates
Cauley Geller Bowman & Coates LLP
One Boca Place, Suite 421A
2255 Glades Road
Boca Raton, FL 33431

George R. Corey
Corey Luzaich Pliska De Ghetaldi Nastari
700 El Camino Real
P.O. Box 669
Millbrae, CA 94030-0669

Kenneth A. Elan
Law Offices of Kenneth A. Elan
217 Broadway
Suite 404
```

New York, NY 10007

Brian M. Felgoise
Law Offices of Brian M. Felgoise
230 South Broad Street
Suite 404
Philadelphia, PA 19102

Robert A. Jigarjian
Green Welling LLP
235 Pine Street
15th Floor
San Francisco, CA 94104

Joshua M. Lifshitz
Bull & Lifshitz, LLP
246 West 38th Street
New York, NY 10018

Laurence D. Paskowitz
Abraham & Paskowitz
60 East 42nd Street
New York, NY 10165

Jack Reise
Cauley Geller Bowman & Coates LLP
One Boca Place, Suite 421A
2255 Glades Road
Boca Raton, FL 33431

Amanda L. Riddle
Corey Luzaich Pliska De Ghetaldi Nastari
700 El Camino Real
P.O. Box 669
Millbrae, CA 94030-0669

Darren Jay Robbins
 Lerach Coughlin Stoia Geller Rudman  & Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101

Daniel S. Sommers
Cohen Milstein Hausfeld & Toll P.L.L.C.
1100 New York Avenue N.W.
West Tower, Suite 500
Washington, DC 20005

Steven J. Toll
Cohen Milstein Hausfeld & Toll, P.L.L.C.
1100 New York Avenue, N. W.
West Tower, Suite 500
Washington, DC 20005-3964

ESS Technology, Inc.
Manual Service List

Kip B. Shuman
Shuman & Berens LLP
801 East 17th Avenue
Denver, CO 80218

Marc A. Topaz
Schiffrin, Barroway, Topaz & Kessler, LLP
280 King of Prussia Road
Radnor, PA 19087